UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 20, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFREDO SANCHEZ,

Defendant.

Case No. 2:18-mj-00118-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ALFREDO SANCHEZ Case No. 2:18-mj-00118-EFB Charges 18 USC § 922(g)(1) from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 100,000 co-signed by Elizabeth Cabrera and Francisco Reyes

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on June 20, 2018 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman